UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:26-00047 ADS                                           Date:  March 17, 2026

Title:  *Dwight Brooks v. Beachside Media, Inc.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                Kristee Hopkins                 |                None Reported                 |
| :--------------------------------------------: | :------------------------------------------: |
|                  Deputy Clerk                  |           Court Reporter / Recorder          |

Attorney(s) Present for Plaintiff(s):            Attorney(s) Present for Defendant(s):
          None Present                                                          None Present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On January 7, 2026, Plaintiff filed a Complaint.  (Dkt No. 1.)  Defendants' deadline to file a responsive pleading to the Complaint was March 11, 2026.  To date, no responsive pleading has been filed and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  Plaintiff must file a written response no later than March 24, 2026.

Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh